## MITCHELL'S CASE.

Court of Common Pleas.   Kent.   November, 1814.

*Clayton's Notebook, 27.*

PER CURIAM.   The provisions of the Act are direct and positive. The sale was not advertised in the manner prescribed by law, and must be set aside no matter by whom the application is made.

Rule made absolute.